UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR BROOKS, JR., | No.  2:22-cv-1967 DAD CKD P |
| Plaintiff, | |
| v. | ORDER |
| PATRICK COVELLO, et al., | |
| Defendants. | |

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  On July 6, 2023, the court issued findings and recommendations to dismiss plaintiff's case without prejudice based on his failure to file an amended complaint within the time provided.  In objections docketed on August 14, 2023, plaintiff indicates that he has been housed in a mental health crisis bed and thus unable to file an amended complaint.  ECF No. 13.  The court will construe plaintiff's objections as a motion for an extension of time to file an amended complaint.  So construed, the motion will be granted.  The court vacates the Findings and Recommendations issued on July 6, 2023 and grants plaintiff 45 days from the date of this order to file an amended complaint.

      Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's objections to the Findings and Recommendations (ECF No. 13) are construed as a motion for an extension of time to file an amended complaint.  So construed, the

1

motion is granted for good cause shown.

    2. Plaintiff is granted 45 days from the date of this order to file a first amended complaint.

    3. The findings and recommendations filed July 6, 2023, are hereby vacated.

Dated:  August 23, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/broo1967.EOT

2