UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR BROOKS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK COVELLO, et al.,<br><br>Defendants. | No. 2:22-cv-01967-DC-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 31) |

Plaintiff Arthur Brooks, Jr., is a former state prisoner appearing *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 21, 2025, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed, without prejudice, due to Plaintiff's failure to prosecute this action. (Doc. No. 31.) The magistrate judge noted Plaintiff failed to comply with Local Rule 183(b)'s requirement that he notify the court of any change in his address of record. (*Id.*) Specifically, on February 7, 2025, the service copy of a court order that was mailed to Plaintiff at his address of record was returned to the court marked as "Undeliverable, Return to Sender." Thus, pursuant to Local Rule 183, Plaintiff was required to file a notice of his change of address with the court no later than March 17, 2025, and he has not done so.

Those findings and recommendations were served on the parties and contained notice that

any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 31 at 1–2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on March 21, 2025 (Doc. No. 31) are ADOPTED in full;
2. This action is DISMISSED, without prejudice, due to Plaintiff's failure to prosecute this action; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **April 20, 2025**

Dena Coggins
United States District Judge

---

[1] The court notes that on March 28, 2025, the service copy of the pending findings and recommendations was also returned to the court marked as "[Return to Sender], Attempted not known."

2